UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
THIRD AMENDED PLAN

DEBTOR: Manuel Lajos                    JOINT DEBTOR:            CASE NO.: 13-17994-AJC

Last Four Digits of SS# __1729__    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $ __5,331.56__ for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00+750.00 (Motion to Value)+$150.00
(costs)+$25.00(costs)=$4,425.00 TOTAL PAID $2,500.00
Balance Due $1,925.00 payable $192.50/month (Months __1__ to __10__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE__                        Arrearage on Petition Date  $
Address:                           Arrears Payment  $_____/month (Months ____ to ____)
                                   Regular Payment  $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing | 12980 SW 220 Terrace, Miami, FL 33170 $247,500.00 | 5.25% | $4,605.90 $4,717.66 | 1 To 10 11 To 60 | $281,941.86 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __NONE__             Total Due $
                        Payable         $_____/month (Months____ to ____) Regular Payment $

Unsecured Creditors: Pay $ __80.74__/month (Months __11__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is paying Dade County Federal Credit Union and Green Tree directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for Debtor                        Joint Debtor
Date: 1/8/2014                             Date:

LF-31 (rev. 01/08/10)