**Fill in this information to identify the case:**

Debtor 1      Manuel Lajos

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the    Southern         District of    Florida
                                                                          (State)

Case number    13-17994-AJC

Official Form 410S1

# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:**   ResCap Liquidating Trust        **Court claim No. (if known):**   N/A*

**Last 4 digits** of any number you use to identify the debtor's account:   0600

**Date of payment change:**
Must be at least 21 days after date of this notice    2/1/2017

**New total payment:**
Principal, interest, and escrow, if any    $ 5,701.47

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 782.56      **New escrow payment:** $ 983.81

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %      **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____

   **Current mortgage payment:** $ _____      **New mortgage payment:** $ _____

| | | | |
|---|---|---|---|
| Debtor 1 | Manuel Lajos | Case Number *(if known)* | 13-17994-AJC |
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/
    Signature

Date  **January 9, 2017**

Print:  Rachel L. Ahlum
    First Name    Middle Name    Last Name

Title:  Agent for Creditor

Company:  Aldridge Pite, LLP

Address:  4375 Jutland Dr Ste. 200
    Number    Street

San Diego    CA    92117
City    State    Zip Code

Contact phone  858-750-7600

Email  rahlum@aldridgepite.com

*The above referenced creditor has not filed a Proof of Claim in this case. However, in accordance with Rule 3002.1 of the Federal Rules of Bankruptcy Procedure, this Notice of Mortgage Payment Change is being filed on the court's docket to give notice to all interested parties of the change in the Debtor(s) monthly mortgage payment. If a Proof of Claim is filed subsequent to this Notice of Mortgage Payment Change, all future Notices of Mortgage Payment Change will be filed as supplements to the Proof of Claim.

**LOANCARE**
A SERVICELINK COMPANY

LOANCARE
P.O. BOX 8068
VIRGINIA BEACH, VA 23450

Representation of Printed Document

12/12/16

MANUEL LAJOS
C/O ROBERT SANCHEZ ATTY
355 W 49TH ST
HIALEAH FL  33012-3715

Loan Number:

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT MORTGAGE PAYMENT

Your present payment consists of:

| | | |
|---|---|---:|
| | PRIN. AND INT. | $4,717.66 |
| | ESCROW | $782.56 |
| **Total Mortgage Payment** | | **$5,500.22** |

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the amount due as defined by Federal Law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| Bills due in the upcoming year: | | |
|---|---|---:|
| | MORTGAGE INS | $1,855.44 |
| | FLOOD INS | $709.00 |
| | HAZARD INS | $1,387.00 |
| | COUNTY TAX | $5,801.80 |

**Total Anticipated Annual Disbursements:**     $9,753.24     **One-Twelfth/Monthly Amount**     $812.76

### ACCOUNT HISTORY

The following statement of activity in your escrow account from 00/2000 through 00/2000 displays actual activity as it occurred on your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments Projected | Actual | Disbursements Projected | Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $0.00 | $0.00 |

*** CONTINUED ON REVERSE SIDE ***

### SHORTAGE

Customer Loan Number:
Customer Name:     MANUEL LAJOS

Shortage Amount:     $2,052.60

If you prefer to pay your escrow shortage of $2,052.60 in a lump sum, please make your check payable to LoanCare and return with this coupon. Your new mortgage payment would then be $5,530.42. Please include your loan number on your check, and send to:

LOANCARE
ATTN: ESCROW DEPARTMENT
P.O. BOX 8097
VIRGINIA BEACH, VIRGINIA  23450-8097

Internet Reprint

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 02/17 through 01/18 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal Law, State Law, or your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $580.08 | $2,632.68 |
| February | 812.76 | 154.62 | FHA MONTHLY | 1,238.22 | 3,290.82 |
| March | 812.76 | 154.62 | FHA MONTHLY | 1,896.36 | 3,948.96 |
| April | 812.76 | 154.62 | FHA MONTHLY | 2,554.50 | 4,607.10 |
| May | 812.76 | 154.62 | FHA MONTHLY | 3,212.64 | 5,265.24 |
| June | 812.76 | 154.62 | FHA MONTHLY | 3,870.78 | 5,923.38 |
| July | 812.76 | 154.62 | FHA MONTHLY | 4,528.92 | 6,581.52 |
| July | | 709.00 | FLOOD INSURA | 3,819.92 | 5,872.52 |
| August | 812.76 | 154.62 | FHA MONTHLY | 4,478.06 | 6,530.66 |
| September | 812.76 | 154.62 | FHA MONTHLY | 5,136.20 | 7,188.80 |
| October | 812.76 | 154.62 | FHA MONTHLY | 5,794.34 | 7,846.94 |
| October | | 1,387.00 | HAZ INSURANC | 4,407.34 | 6,459.94 |
| November | 812.76 | 154.62 | FHA MONTHLY | 5,065.48 | 7,118.08 |
| November | | 5,801.80 | COUNTY TAXES | -736.32 | 1,316.28 |
| December | 812.76 | 154.62 | FHA MONTHLY | -78.18 | 1,974.42 |
| January | 812.76 | 154.62 | FHA MONTHLY | 579.96 | 2,632.56 |

Your Projected Escrow Account Balance as of 01/31/17 is $580.08. Your Required Beginning Escrow Balance according to this analysis should be $2,632.68.

This means you have a Shortage of $2,052.60. Per Federal Law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.
We will collect the shortage over 12 months.

Once during this period, your Required Escrow Account Balance should be reduced to $1,316.28, as shown in November. This amount represents the cushion selected by us as allowed by your mortgage contract, Federal and State Law.

### NEW MORTGAGE PAYMENT

| | | | |
|---|---|---|---|
| Your new payment consists of: | PRIN. AND INT. | | $4,717.66 |
| | ESCROW | | $812.76 |
| | PRORTD SHORTAGE | | $171.05 |
| New Mortgage Payment | Beginning | 02/01/17 | $5,701.47 |

Should you have any questions about this Escrow Analysis, please call our Customer Service Department toll-free at 1-800-274-6600.

<b><u>CERTIFICATE OF SERVICE</u></b>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mortgage Payment Change was served electronically or via U.S. Mail, first-class postage prepaid, to:

<b><u>SERVICE LIST</u></b>

**DEBTOR(S)**
**(VIA US MAIL)**

Manuel Lajos
11865 SW 183 Street
Miami, FL 33177

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
court@bankruptcyclinic.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Nancy K. Neidich
POB 279806
Miramar, FL 33027
e2c8f01@ch13herkert.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Dated: January 9, 2017

/s/ Rachel L. Ahlum
Rachel L. Ahlum, FL Bar No. 91291
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone:
Fax:
Email: rahlum@aldridgepite.com

- 1 -

PROOF OF SERVICE